### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PROPHET CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-CV-435-GKF-FHM |
| | ) | |
| REGIS CORPORATION | ) | |
| D.B.A. SMARTSTYLE, | ) | |
| a corporation doing business in the | ) | |
| State of Oklahoma, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a resolution reached in this case and Fed. R. Civ. P. 41(a)(1)(A)(ii), both Plaintiff Prophet Kelly Lamar Clark and Defendant Regis Corp. d/b/a SmartStyle hereby stipulate to the dismissal of this action with prejudice. Each party is responsible for its own costs and fees.

Respectfully submitted,

/s/ Justin P. Grose
Sam R. Fulkerson, OBA #14370
Justin P. Grose, OBA #31073
OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
101 Park Avenue, Suite 1300
Oklahoma City, OK 73102
Telephone:  (405) 546-3758
Facsimile:  (405) 546-3775
sam.fulkerson@ogletree.com
justin.grose@ogletree.com
***Attorneys for Defendant***

/s/ Jessika Tate
Jessika Tate, OBA#22013
510 N. Sheridan Road, Suite A
Tulsa, OK 74115
(918) 805-3955
(918) 430-3516
jessika@jtatetulsalaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2018, the above and foregoing was sent by U.S. mail and email to the following:

Jessika M. Tate
Tate Law Firm, PLLC
510 N. Sheridan Rd., Ste. A
Tulsa, Oklahoma 74115
(918) 805-3955
jessika@jtatetulsalaw.com
*Attorney for Plaintiff*

/s/ Justin P. Grose
Justin P. Grose

33138371.1